**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: JIMMY LOIS KING**                               **CHAPTER 13**

**DEBTOR**                                                **CASE NO. 19-10423 JDW**

**OBJECTION TO PROOF OF CLAIM**
**FILED BY INTERNAL REVENUE SERVICE [ CLAIM NO. 12-1]**

**COMES NOW,** the above-named Debtor, by and through her attorney of record in this case, and objects to the Proof of Claim filed by Internal Revenue Service ("Creditor"). In support thereof, would show unto the Court the following:

1. Creditor filed its proof of claim (Clm. # 12-1) in the amount of $7,057.62.

2. The claim contains estimated amounts for priority taxes in the 2017 tax year, and indicates the return for that year is under audit. However, the Debtor would state the return is correct, and the claim should be disallowed.

3. The Creditor should amend its claim or the claim should be disallowed as filed.

4. Other grounds to be shown at the hearing.

**WHEREFORE**, the Debtor prays this Court will sustain this Objection to Proof of Claim at the hearing hereon, and the claim be disallowed, and for such other, further and general relief to which the Debtor may be entitled.

This the 10th day of April, 2019.

/s/Robert H. Lomenick
**KAREN B. SCHNELLER**
**ROBERT H. LOMENICK**
**SCHNELLER & LOMENICK, PA**
**Attorneys at Law**
**Post Office Box 417**
**Holly Springs, MS  38635**
**662-252-3224**
**rlomenick@gmail.com**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

**IN RE: JIMMY LOIS KING**                                 **CHAPTER 13**

**DEBTOR**                                                 **CASE NO. 19-10423 JDW**

## NOTICE OF OBJECTION TO CLAIM

**YOU ARE HEREBY NOTIFIED** that an objection to your claim has been filed in the above referenced bankruptcy case. Your claim may be reduced, modified, or eliminated. If you do not want the Court to eliminate or change your claim, a written response to the attached objection to claim must be filed with:

**Clerk, U.S. Bankruptcy Court**
**Northern District of Mississippi**
**703 Hwy 145 North**
**Aberdeen, MS 39730**

and a copy must be served on the undersigned Debtor(s)' attorney and the Chapter 13 trustee on or before thirty (30) days from the date of this notice. In the event a written response is filed, the court will notify you of the date, time and place of the hearing thereon.

DATED: April 10, 2019

CHAPTER 13 STANDING TRUSTEE:
Ms. Locke D. Barkley
Chapter 13 Trustee
6360 I-55 North, Suite 140
Jackson, MS 39211

                                          /s/Robert H. Lomenick
                                          KAREN B. SCHNELLER, MSB 6558
                                          ROBERT H. LOMENICK, JR., MSB 104186
                                          SCHNELLER & LOMENICK, P.A.
                                          126 NORTH SPRING STREET
                                          POST OFFICE BOX 417
                                          HOLLY SPRINGS, MS 38635
                                          662-252-3224/karen.schneller@gmail.com
                                          rlomenick@gmail.com

<u>CERTIFICATE OF SERVICE</u>

      I, Karen B. Schneller/Robert H Lomenick, attorney for the Debtor, hereby certify that a copy of the foregoing Objection to Proof Of Claim and the Notice to Objection to Claim has this day been served upon the Chapter 13 Trustee, the U.S. Trustee and Internal Revenue Service, either by electronic means or by United States Mail.

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

**Internal Revenue Service**
**c/o Office of U.S. Attorney**
**900 Jefferson Avenue**
**Oxford, MS 38655**

**Office of the United States Attorney General**
**U.S. Dept. Of Justice**
**950 Pennsylvania Ave, NW**
**Washington, DC 20530**

**Locke Barkley, via ECF**

**Office of U.S. Trustee, via ECF**

      This the 10th day of April, 2019.

    <u>/s/Robert H Lomenick</u>
    **KAREN B. SCHNELLER**
    **ROBERT H. LOMENICK**