___



**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.
___

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# (ABERDEEN DIVISIONAL OFFICE)

| | |
|---|---|
| IN RE: | CASE NUMBER: 19-10423-JDW |
| JIMMIE LOIS KING | CHAPTER 13 |
| DEBTOR | |

## AGREED ORDER

Considering the Objection to Confirmation of Plan (#11) filed Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Indenture Trustee for NRPL Trust 2018-2 ("Secured Creditor"), a hearing scheduled for May 14, 2019, and the agreement between the parties having been reached, it is hereby resolved that:

IT IS ORDERED that the Debtor's Chapter 13 Plan is hereby amended to provide for payment of the pre-petition arrears to Secured Creditor in the amount of $5,854.41 at 0%, and four regular post-petition payments of $550.96 each for February through May, 2019, for total of $8,058.25, on its secured claim relative to the property located at 4543 HIGHWAY 4 W, HOLLY SPRINGS, FL 38635.

IT IS FURTHER ORDERED that regular monthly payments to Secured Creditor will be made pursuant to the terms of Debtor's plan, beginning with the June, 2019 payment.

##END OF ORDER##

Approved:

*/s/ Gregory J. Walsh*
Gregory J. Walsh
**Attorney for Secured Creditor**


*/s/ Robert H. Lomenick, Jr.*
Robert H. Lomenick, Jr.
**Attorney for Debtor**


*/s/ W. Jeffrey Collier for*
Locke D. Barkley
**Trustee**



Submitted by:

GREGORY J. WALSH (MS Bar No. 104344)
1027 Ninth Street
New Orleans, LA 70115
greg@sundmakerfirm.com
504-568-0517
**Attorney for Secured Creditor**