**Fill in this information to identify the case:**

Debtor 1 ___Jimmie Lois King___

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the NORTHERN District of MISSISSIPPI

Case number __19-10423-JDW__

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges                    12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor: WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS INDENTURE TRUSTEE FOR NRPL TRUST 2018-2**

**Court claim no.** (if known): 11

**Last 4 digits** of any number you use to identify the debtor's account: __2843__

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

■ No

☐ Yes. Date of the last notice: _____

### Part 1:  Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Date Incurred | | Amount |
|---|---|---|---|---|
| 1 | Late Charges | | (1) | $0.00 |
| 2 | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3 | Attorneys fees | | (3) | $0.00 |
| 4 | Filing fee and court costs | | (4) | $0.00 |
| 5 | Bankruptcy/Proof of claim fees | 03/26/2019 | (5) | $175.00 |
| 6 | Appraisal/Broker's Price opinion fees | | (6) | $0.00 |
| 7 | Property inspection fees | | (7) | $0.00 |
| 8 | Tax Advances (non-escrow) | | (8) | $0.00 |
| 9 | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10 | Property preservation expenses | | (10) | $0.00 |
| 11 | Other. Specify: Plan Review | 1/30/2019 | (11) | $175.00 |
| 12 | Other. Specify: Plan Objection | 3/25/2019 | (12) | $500.00 |
| 13 | Other. Specify: | | (13) | $0.00 |
| 14 | Other. Specify: | | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.

Official Form 410S2          **Notice of Postpetition Mortgage Fees, Expenses, and Charges**          page 1

See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1

Debtor 1 <u>Jimmie Lois King</u>                                                                    Case number *(if known)* <u>19-10423-JDW</u>
   Print Name  Middle Name  Last Name

### Part 2:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘  <u>/s/ Paul Crockett</u>             Date <u>__07/16/2019__</u>
  Signature

| | | |
|---|---|---|
| Print | <u>**Paul Crockett**</u><br>First Name  Middle Name  Last Name | Title <u>Bankruptcy Attorney</u> |
| Company | <u>RAS Crane, LLC</u> | |
| Address | <u>10700 Abbott's Bridge Road, Suite 170</u><br>Number    Street | |
| | <u>Duluth, GA 30097</u><br>City        State ZIP Code | |
| Contact Phone | 470-321-7112 | Email <u>pcrockett@rascrane.com</u> |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on __July 17, 2019_____,
I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Robert H. Lomenick, Jr.
P.O. Box 417
Holly Springs, MS 38635

Locke D. Barkley
6360 I-55 North
Suite 140
Jackson, MS 39211

U. S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201

Jimmie Lois King
4543 Hwy 4 W
Holly Springs, MS 38635

 

RAS Crane, LLC
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: /s/Nickele Stone
    Nickele Stone
    nstone@rascrane.com